UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT PLAN,

        Plaintiff,

        v.

GALLAGHER BASSETT SERVICES, INC., et al.,

        Defendants.
_____/

No. C 11-5594 PJH

**ORDER GRANTING MOTION TO DISMISS**

Defendant's motion to dismiss came on for hearing on March 21, 2012 before this court. Plaintiff the Board of Trustees of the National Elevator Industry Health Benefit Plan ("plaintiff") appeared through its counsel, Minh Hoang. Defendant Gallagher Bassett Services, Inc. ("defendant") appeared through its counsel, Anna Fabiano. Having read the papers properly submitted to the court and considered the relevant legal authority, the court hereby STRIKES plaintiff's belatedly filed opposition brief, and GRANTS defendant's motion to dismiss plaintiff's complaint, for the reasons stated at the hearing. Leave to amend is granted so that plaintiff may attempt to cure the deficiencies noted by the court. Plaintiff's amended complaint shall be due no later than April 18, 2012. Defendant's response thereto shall be due no later than May 9, 2012.

**IT IS SO ORDERED.**

Dated: March 21, 2012

                                _____
                                PHYLLIS J. HAMILTON
                                United States District Judge