UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE
NATIONAL ELEVATOR INDUSTRY
HEALTH BENEFIT PLAN,

    Plaintiff,

    v.

GALLAGHER BASSETT SERVICES,
INC., et al.,

    Defendants.
_____/

No. C 11-5594 PJH

**ORDER OF REFERENCE TO
MAGISTRATE JUDGE AND VACATING
CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment. Although plaintiff has, by this motion, requested that the Clerk enter default judgment, plaintiff's own papers suggest that the amount at issue may be in dispute. Accordingly, a judicial officer should enter any judgment in this case.

The July 26, 2012 date for case management conference is VACATED as is the August 22, 2012 date for hearing on the motion.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: July 24, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge