UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT PLAN,

        Plaintiff,

        v.

GALLAGHER BASSETT SERVICES, INC., et al.,

        Defendants.

_____/

No. C 11-5594 PJH

**JUDGMENT**

This matter having been fully considered, and the court having granted the motion of plaintiff Boards of Trustees of the National Elevator Industry Health Benefit Plan for default judgment,

It is Ordered and Adjudged

that plaintiff recover from defendant Robert M. Guernsey the amount of $7,297.21 by imposing an equitable lien or a constructive trust in that amount on the funds that defendant received to settle his workers' compensation claims.

**IT IS SO ORDERED.**

Dated: November 19, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge